IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CHRISTOPHER SINTEL KING, :
:
Plaintiff :
:
v. : CASE NO. 7:06-CV-80 (HL)
:
TIFT COUNTY JUDICIAL CIRCUIT, et al, :
:
Defendants :
:

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 4) filed September 9, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The plaintiff's response to the Recommendation (Doc. 7) filed September 19, 2006 has also been read and considered.

**SO ORDERED,** this the 27th day of September, 2006.

                                                **s/ Hugh Lawson**
                                                **HUGH LAWSON, Judge**
                                                **United States District Court**