IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CHRISTOPHER SINTEL KING,** | : |
| Plaintiff, | : |
| VS. | : CIVIL ACTION FILE
: NO. 7:06-CV-80(HL) |
| **Clerk of Court GWEN C. PATE,** | : |
| Defendant. | : |

**O R D E R**

Pending herein is plaintiff's "Motion to Subpoena" in which he seeks to have eight individuals subpoenaed "for witnesses and for whatever other purpose they may serve regarding this suit on my behalf." For the following reasons the court **DENIES** said motion as filed without prejudice to plaintiff's right to request subpoenas in the future should it become appropriate to do so. Plaintiff's motion must be viewed as premature at this time. Defendant's answer was filed on November 1, 2006, and no potentially dispositive motion has yet been filed. In the event that plaintiff survives a motion to dismiss his complaint or a motion for summary judgment he will be given an opportunity to identify those witnesses he wishes to have present for the trial.

A subpoena must inform the individual subpoenaed when and where to appear. Plaintiff fails to include this information in his motion. Further, pursuant to Federal Rule of Civil Procedure 45, in order for a subpoena to be effective it must be accompanied by the witness attendance fee for one day which is $40.00 and round trip milage computed at $.445 per mile. Also, as a general rule a person residing more than 100 miles away from where he or she is to

testify can not be subject to a subpoena against his or her will.  Thus, in the case of Georgia Attorney Thurbert Baker, if Atlanta is 200 miles away from Valdosta and he would agree to be subpoenaed, the subpoena for him would have to be accompanied by $218.00 as milage and attendance fees.  If Tifton and Valdosta are 50 miles apart each witness from Tifton would have to receive $84.50 before the subpoena would be binding.  Plaintiff is advised that his being allowed to proceed in this matter *in forma pauperis* only allows him to pay the filing fee in installments, it does not relieve him from paying the required witness and milage fees.

SO ORDERED, this 21st day of November 2006.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE