IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHRISTOPHER SINTEL KING, : | |
| Plaintiff : | |
| v. : | CASE NO. 7:06-CV-80 (HL) |
| SUPERIOR COURT JUDGE, et al, : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 26) filed August 16, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 28) filed August 23, 2007 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 4th day of September, 2007.

*s/ Hugh Lawson*
HUGH LAWSON, Judge
United States District Court